IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DERRICK DALE FONTROY,
        Plaintiff,

v.

JOHN WETZEL, et al,
        Defendants.

)
)
)
)
)
)
)
)
)

C.A. No. 14-165 Johnstown

## MEMORANDUM ORDER

This prisoner civil rights action was received by the Clerk of Court on August 4, 2014, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates. The magistrate judge's report and recommendation, issued on November 2, 2016, recommended that Plaintiff's motion for preliminary restraining order or preliminary injunction [ECF No. 126] be denied. Service was made on Plaintiff by mail at SCI Laurel Highlands, where he was incarcerated, and on Defendants. A motion for extension of time to file objections to the report and recommendation was granted on December 2, 2016. Objections to the report and recommendation were due on or before December 16, 2016; no objections were filed. After de novo review of the complaint and documents in the case, the following order is entered:

    AND NOW, this 28th Day of March, 2017;

    IT IS HEREBY ORDERED that that Plaintiff's motion for temporary restraining order

or preliminary injunction [ECF No. 126] is DENIED.

The report and recommendation of Magistrate Judge Baxter, issued November 2, 2016, is adopted as the opinion of the court.

March 28, 2017

KIM R. GIBSON
United States District Judge

cc: Susan Paradise Baxter
U.S. Magistrate Judge

all parties of record